United States Courts
Southern District of Texas
ENTERED

AUG 1 8 1999

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RESOLUTION TRUST CORPORATION
AS RECEIVER OF FIRST SAVINGS OF
ARKANSAS, F.A.

      Plaintiff,

vs.                       CIVIL ACTION NO. H-92-1692

TEXAS MOLINE, LTD. AND
DEAN H. MADDOX

      Defendants.

## ORDER

Considering the Application to the Court for Writ of Garnishment after Judgment filed by Value Recovery Group, L.P., and finding it to be justified in fact and law,

**IT IS HEREBY ORDERED** that a Writ of Garnishment issue directed to T and N, Incorporated as prayed for and according to law.

Houston, Texas this 16th day of August, 1999.

_____
UNITED STATES DISTRICT JUDGE