# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CADLES OF GRASSY MEADOWS II, L.L.C., Successor in interest to Resolution Trust Corporation as Receiver of First Savings of Arkansas, F.A., § § § § § § § Plaintiff, § § V. § § WHITNEY NATIONAL BANK, § § Garnishee, § § V. § § DEAN H. MADDOX § § Judgment Debtor § | CIVIL ACTION NO. H-92-1692 |

## ORDER

On December 21, 2010, counsel appeared on behalf of Arlington Entertainment, LLC, Rail Car Pool Management, LLC, Chemical Tank Car Venture, LLC, Subhouse Capital, LLC, Subhouse Capital Management, LLC, Entertainment Investors, LLC. On November 5, 2010, applications for charging orders were filed as to each of these entities. No later than January 7, 2011, counsel must file any opposition to the applications.

SIGNED on December 23, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge