### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RESOLUTION TRUST CORPORATION | § | |
| AS RECEIVER OF FIRST SAVINGS | § | |
| OF ARKANSAS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-92-1692 |
| | § | |
| TEXAS MOLINE LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING DEAN H. MADDOX'S
### EMERGENCY MOTION FOR PROTECTION

Dean H. Maddox filed an Emergency Motion for Protection, (Docket Entry No. 105). Based on the motion, response, and the arguments of counsel heard on June 21, 2011, the motion is denied, subject to a limited ability to submit documents for *in camera* inspection. Dean H. Maddox must comply with the court's Order Granting Judgment Creditor's Motion to Compel entered on May 13, 2011 no later than **July 15, 2011**.

SIGNED on June 23, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge